# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2013

## NO. 03-12-00131-CV

**Cassandra Donetta Medrano, Appellant**

**v.**

**Lydia Serna Zapata, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on January 31, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.